ISAAC LEVINSON v. THE NEW YORK CITY INTERBOROUGH RAILWAY COMPANY. — Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM MILLMAN v. SAMUEL KROHNBERG and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY L. SINGER v. AQUITANIA REALTY CORPORATION, Impleaded with SAMUEL BECK and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ERNST WEDEMANN v. UNITED STATES TRUST COMPANY OF NEW YORK, as Administrator, etc., of LEON MICHELSON, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY D. SAYER, Trustee in Bankruptcy, etc., v. S. W. STRAUS & Co.— Motion granted in so far as to stay entry of judgment pending the determination of appeal, and in other respects motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SANKA COFFEE CORPORATION v. RAMCADIS REALTY CORPORATION.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM T. P. HOLLINGSWORTH v. THE WARDEN OF THE CITY PRISON OF THE CITY OF NEW YORK. THE PEOPLE OF THE STATE OF NEW YORK. THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT L. KESTER, JR., v. THE WARDEN OF THE CITY PRISON OF THE CITY OF NEW YORK. THE PEOPLE OF THE STATE OF NEW YORK.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PETER DARCH and PETER LAKOWIT. — Motion granted, and the time of appellant within which to bring the appeal on for argument extended to and including June 12, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PAILLARD, INC., v. PAUL MENDE, INC., and Others, Impleaded with JOHN E. KLEIST.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS N. JAMES, as Executor, etc., of FRED S. JAMES, Deceased, v. GEORGE W. BLOSSOM.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JULIUS GOLDMAN.— Motion granted to the extent of restraining the authorities, including the custodian, the police department of the city of New York, from destroying the machine in question pending the determination of the appeal. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SOLOMON SHUFER v. ABRAHAM GOLDEN.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

E. REGENSBURG & SONS, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin and O'Malley, JJ.